No. 25,212.

ARTHUR C. HAROVER, *Appellee,* v. THE FARMERS AND BANKERS LIFE
INSURANCE COMPANY OF KANSAS, *Appellant.*

SYLLABUS BY THE COURT.

AGENCY· CONTRACT—*Evidence Insufficient to Sustain Judgment.* The evidence
is held not to sustain a judgment for the plaintiff.

Appeal from Sedgwick district court, division No. 3; JESSE D. WALL, judge.
Opinion filed April 5, 1924. Reversed.

*J. A. Brubacher,* of Wichita, for the appellant.

No appearance was made for the appellee.

The opinion of the court was delivered by

MASON, J.: Arthur C. Harover sued the Farmers and Bankers
Life Insurance Company, his petition including two causes of ac-
tion. He recovered on both. The judgment on the first has been
paid and this appeal is from that on the second. The petition under-
took to set out a claim that as the company's agent he was required
by it to pay money in its behalf as a federal tax of 80 cents on each
$1,000 of insurance issued through him. The evidence seems to
show, however, that what he paid in this connection was the differ-
ence, amounting to $1 on each $1,000 written, between the premiums
shown in a rate sheet furnished by the company and the schedule it
had afterwards adopted. The petition alleges that he acted under
an oral contract making the rate sheet the basis on which he was
to solicit insurance, but that contract appears to have been super-
seded by one in writing which left the company free to change the
rate. The plaintiff has made no appearance in this court and we
are not advised of his contentions except as they are inferable from
the record. We discover no evidence supporting either the claim
that the plaintiff was required to pay the tax on the policies issued,
or the claim that the oral agreement was in force after the execution
of the written contract.

A reversal is therefore ordered, with directions to render judg-
ment for the defendant.